IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LA'TONYA BRYANT** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Case No.:  21-cv-00545-MJM |
| | * | |
| **MAYOR AND CITY COUNCIL OF BALTIMORE** | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STATUS REPORT

Pursuant to the Court's Order on February 1, 2022, ECF No. 29, the parties submit the following Joint Status Report and respond to the eight areas of inquiry set out in the Court's Scheduling Order. (ECF No. 29).

**a. Whether discovery has been completed:** Discovery has been completed with the exception of the outstanding discovery dispute referenced in the parties' correspondence in ECF Nos. 50, 51, and 52.  However, the parties recognize that they have a continuing obligation to supplement their discovery responses and document production should new or additional information/documentation responsive to the opposing party's discovery requests be located or come into existence.  In this regard, Defendant has committed to Plaintiff to continue searching, even beyond today's deadline, for responsive documents in the form of text messages.

**b. Whether any motions are pending:** No motions are pending at this time.

**c. Whether any party intends to file a dispositive pretrial motion:** The Defendant, Mayor & City Council of Baltimore, intends to file a dispositive pretrial motion. The Plaintiff, La'Tonya Bryant, reserves the right to file a dispositive motion, but does not presently anticipate doing so.

**d. Whether the case is to be tried jury or non-jury and the anticipated length of trial:** The case is to be tried by a jury and the parties anticipate that trial will last seven to nine days.

**e. A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein:** Counsel for the parties discussed the prospect of settlement by phone on the afternoon of September 7, 2022. The case did not settle.

**f. Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion:** Plaintiff would be amenable to a referral to another Judge for a settlement conference either at this time or following the resolution of dispositive motions. Defendant is amenable to participating in a settlement conference only after the resolution of such motions.

**g. Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment.** The parties filed this consent on February 22, 2022 (Plaintiff; ECF No. 38) and February 23, 2022 (Defendant; ECF No. 39).

**h. Any other matter which you believe should be brought to the court's attention.** None at this time.

Dated: September 7, 2022

| | |
|---|---|
|    /s/ |    /s/ |
| Neil R. Lebowitz, No.: 25155 | Elisabeth B. Hofmann, No.: 22099 |
| Lebowitz Law Firm | Baltimore City Law Department |
| 8180 Lark Brown Road, Suite 201 | 100 N. Holliday Street |
| Elkridge, MD 21075 | Baltimore, MD 21202 |
| neil@lebowitzlegal.com | elisabeth.hofmann@baltimorecity.gov |
| (410) 730-9010 | (410) 545-7391 |
| *Counsel for Plaintiff, La'Tonya Bryant* | *Counsel for Defendant, Mayor & City Council of Baltimore* |