| | | |
|---|---|---|
| LA'TONYA T. BRYANT | * | IN THE |
| Plaintiff | * | U.S. DISTRICT COURT |
| v. | * | FOR THE DISTRICT OF MARYLAND |
| MAYOR & CITY COUNCIL OF BALT. | * | |
| Defendant | * | Civil Action No.:  MJM-21-0545 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**TABLE OF CONTENTS FOR
PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

I. INTRODUCTION ...................................................................................................................1

II.  FACTUAL MATTERS, FACTUAL DISPUTES, AND ARGUMENT ..................................1

III.  FURTHER ARGUMENT........................................................................................................27

  A. Preliminary Matters................................................................................................................27

  B. Defendant Cites and Relies Upon Wholly or Partially Inadmissible Documents..................28

  C. What Remains for the Court to Decide .................................................................................29

V.  CONCLUSION........................................................................................................................35

Respectfully submitted,

     /s/  Neil R. Lebowitz
Neil R. Lebowitz, Bar No.: 25155
Lebowitz Law Firm
5850 Waterloo Road, Suite 140
Columbia, Maryland 21045
neil@lebowitzlegal.com
410-730-9010
Counsel for Plaintiff