Case 1:21-cv-00545-MMJM    Document 75-8    Filed 18/05/22    Page 1 of 27

1            IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF MARYLAND

3    LA'TONYA T. BRYANT              *

4            Plaintiff              *

5    V.                             * CIVIL ACTION NO.:

6    MAYOR & CITY COUNCIL           * MJM-21-0545

7    OF BALTIMORE                   *

8            Defendant              *

9    _____/

10

11

12

13

14          The virtual deposition of RAJESH GULHAR was

15    held via Remote Counsel/Zoom connection on Monday, July

16    18, 2022, commencing at 12:31 p.m., before Ahuva

17    Goldberger, Notary Public.

18

19                                  PLAINTIFF'S
                                    EXHIBIT
20                                  ___F___

21    REPORTED BY:  Ahuva Goldberger

Deposition of Rajesh Guha                                                    Leroy Bryant vs. Mayor & City Council of Baltimore

Case 1:21-cv-00545-MMJM    Document 75-8    Filed 18/05/22    Page 2 of 27

```
1    APPEARANCES:

2

3         ON BEHALF OF THE PLAINTIFF:

4         NEIL R. LEBOWITZ, ESQUIRE

5         Lebowitz Law Firm

6         8180 Lark Brown Road, Suite 201

7         Elkridge, Maryland 21075

8         Neil@lebowitzlegal.com

9         410-730-9010

10

11        ON BEHALF OF THE DEFENDANT:

12        ELISABETH B. HOFMANN, ESQUIRE

13        Baltimore City Department of Law

14        100 North Holliday Street, Suite 101

15        Baltimore, Maryland 21202

16        Elisabeth.hofmann@baltimorecity.gov

17        410-396-3012

18

19

20

21
```

1    to refresh your memory, and we'll see if I'm able to do

2    that.  We'll have to take it one step at a time.

3          But you mentioned that you reviewed -- I'm

4    not sure if you answered my question, though.  Because

5    I asked you if you reviewed documents, and you said

6    that you reviewed would-be potential questions.

7    **A.    What document are you referring to?**

8    Q.    Well, that's what I'm asking.  What

9    documents did you --

10   **A.    I don't have any -- I don't have any**

11   **documents to review.**

12   Q.    Okay.  Please wait until I'm finished asking

13   the question.  Okay?

14   **A.    Okay.**

15   Q.    Okay.  I understand you knew where I was

16   going, but it's very important that we don't talk over

17   each other.

18   **A.    But I just want to let you know Ms. Bryant**

19   **case was public, that I looked into it several months**

20   **ago.  I did not look into recently after I, you know,**

21   **went through this exercise.**

Deposition of Rajesh Gulkar                                    LaTonya Bryant vs. Mayor & City Council of Baltimore

Case 1:21-cv-00545-MMJM     Document 75-8     Filed 12/05/22     Page 4 of 27

1        Q.    Okay.    I was in the middle of explaining to

2   you that it's important that we not talk over each

3   other because the court reporter can't take it down if

4   we're both talking at the same time.

5        A.    Okay.

6        Q.    You said several months ago you looked at

7   public documents, what did you look at?

8        A.    Yeah.    You -- you Google it and everything

9   is right there.

10       Q.    Okay.    Well, what sorts of things did you

11  look at?

12       A.    I heard about Ms. Bryant and that's what --

13  I was curious, you know, what happened.    That's all.    I

14  didn't ask any question to anybody.

15       Q.    Okay.    Did you speak with anyone other than

16  counsel to prepare for your deposition today?

17       A.    No, I did not, other than Ms. Hofmann.

18       Q.    Okay.    And without telling me what was

19  discussed, how long did you speak with Ms. Hofmann to

20  prepare for your deposition?

21       A.    It was a very short meeting.    I believe we

Case 1:21-cv-00545-MMJM     Document 75-8     Filed 12/05/22     Page 5 of 27

1   finished in 20 minutes.

2       Q.   Okay.  Did you attend college?

3       A.   Yes, I did.

4       Q.   And did you graduate?

5       A.   Yes, I did.

6       Q.   Where did you attend college?

7       A.   I went to Delhi University.

8       Q.   Is that in India?

9       A.   India.  That's correct.

10      Q.   Okay.  And did -- what degree did you

11  graduate with?

12      A.   I did a BA in political science and

13  economics.

14      Q.   Was it a double degree?

15      A.   Yeah.  Double majors.

16      Q.   Did you attend graduate school?

17      A.   Yes, please.

18      Q.   Where did you attend?

19      A.   Delhi University.

20      Q.   And did you -- what degree did you obtain?

21      A.   MA economics.

1    document, please.

2         (Deposition Exhibit D was marked for

3    purposes of identification.)

4    BY MR. LEBOWITZ:

5         **A.    Yes, I've seen it.**

6         Q.    Okay.  And is that your signature at the

7    bottom on the third page?

8         **A.    That's correct.**

9         Q.    Okay.  So I'm going to scroll up a little

10   bit because I'm going to go through your work history,

11   which is discussed in here.  And we'll -- let's see.

12   Well -- so the first thing is that it says that you

13   joined the City's Department of Human Resources on

14   May 9, 2016.  Is that correct?

15        **A.    That's correct.**

16        Q.    Okay.  Then the next paragraph talks about

17   your duties for the City.  Can you explain to me what

18   you do for the City?

19        **A.    I do the things what it says.  I manage and**

20   **administer the City health and wellbeing programs for**

21   **active employees, retirees, dependants, COBRA.  And --**

1  and in addition to that, you know, I do handle dental,

2  life, prescription drug, vision, flexible spending

3  account, wellness.  Yeah, they're all -- they're all

4  included in my duties.

5       Q.   Okay.  With regard to retirees, do you deal

6  with the payout of retirement benefits themselves or

7  just the accompanying health benefits and the like or

8  both?

9       A.   No.  Retirement systems, they handle the

10  retirement certification.  They handle the -- you know,

11  the pension and -- and the payout, the last payout, is

12  done by the City central payroll department.  I don't

13  get involved in the retirement benefits.  My only

14  interaction with the retirees is to provide them health

15  benefits.  Health benefit includes medical and

16  prescription drugs, both.

17       Q.   Okay.  Okay.  So if we scroll down a little

18  bit, it talks about your prior history.  It says prior

19  to working for the City, you served as director of

20  employee benefits and director of risk management for

21  Alachua County, Florida from 2013 to 2016.

1          A.     She told -- she told me, she says, Ray, do

2     you know what I didn't mean?  I ask her, You will fire

3     me?  She said, Yes, you are correct.  I said, When?

4     She says she will let me know.  She never fired me.

5     Because in my mind, she knew -- I knew it, she will not

6     fire me because it took her three years to find me.

7     There was no benefit chief here.  She hired two of

8     those and they left.  One left in six week with no

9     information.  The other person left in less than three

10    month.  She -- and it -- because of the complexity of

11    the program, she could not find anybody, and I knew she

12    would not fire me because she -- if she could not find

13    the chief for three years, she's not going to find

14    another three years.

15         Q.     Have you been threatened with being

16    terminated at any other time during your employment

17    with the City?

18         A.     No.

19         Q.     Has Director Herbert ever threatened to

20    terminate you?

21         A.     No.

1    Q.    Okay.  All right.  So with regard to

2    WorkBaltimore, there was a WorkBaltimore project in

3    2017, and again in 2018.  Correct?

4    A.    That's correct.

5    Q.    And you were then chair of the finance

6    committee for WorkBaltimore.  Correct?

7    A.    That's correct.

8    Q.    And were you chair both years?

9    A.    Yes, please.

10    Q.    Okay.  And on your finance committee, there

11    was a Kirit Shah, K-I-R-I-T  S-H-A-H; and a Jovia

12    Rwomushana, J-O-V-I-A  R-W-O-M-U-S-H-A-N-A.  Is that

13    correct?

14    A.    That's correct.

15    Q.    And do they still both --

16    A.    There was another -- there was another

17    person.  Her name was Ann Nichols.

18    Q.    What's the first name?

19    A.    A-N-N.

20    Q.    Oh.  Nichols.  Okay.  But do -- I believe

21    Mr. Shah and Ms. Rwomushana, do they still work for the

1    City?

2        A.    Mr. Lebowitz, it just came back to my mind.

3    Michael's last name is Tate, T-A-T-E.

4        Q.    Okay.   Thank you.

5        A.    I'm sorry.   Yeah.   It just happens to me.   I

6    just -- it comes back.   I just --

7        Q.    Mr. Shah and Ms. Rwomushana, do they both

8    still work for the City?

9        A.    They're still working for me.

10       Q.    Okay.   They still work for you.   And so,

11   they're -- they were on the finance committee and

12   they're also under your command with your benefits

13   department.   Is that correct?

14       A.    Mr. Lebowitz, you know, the entire

15   department -- the entire department work for Workday

16   [sic].   My employees, every one, was required to work

17   with Workday [sic] in the different committees.   So I

18   had three employees, they were working the finance

19   committee.   That was Kirit, Jovia, and Ann. They were

20   under the finance.   The rest of my team, they were

21   spread over with the other ten committees.   There were

1    **ten committees, which were -- they were reporting to**

2    **steering committee, chaired by Director Talley.**

3         Q.    Okay.  You referenced a moment ago Workday.

4    Did you mean WorkBaltimore?

5         **A.    WorkBaltimore, yes.**

6         Q.    Okay.  And Mr. Shah and Ms. Rwomushana are

7    both accountants.  Correct?

8         **A.    That's correct.  They do the benefit**

9    **accounting.**

10        Q.    And is Mr. Shah -- does Mr. Shah still hold

11   the title, accountant two?

12        **A.    He's accounting supervisor.**

13        Q.    Okay.  And does Ms. Rwomushana still hold

14   the title of accountant one?

15        **A.    That's correct.**

16        Q.    Okay.  In 2017 and '18, did any other

17   accountants report to you?

18        **A.    No.**

19        Q.    Okay.  Now, in your role as chair of the

20   finance committee, you were responsible for maintaining

21   the financial records associated with WorkBaltimore.

```
 1    Correct?

 2         A.    That's correct.

 3         Q.    And you tracked the money coming in and then

 4    going out for expenditures.  Correct?

 5         A.    That's right.

 6         Q.    And my understanding is that there were

 7    three available -- sorry?

 8         A.    Okay.  Let -- let me make a correction of

 9    what you just said.

10         Q.    Okay.

11         A.    The budget was provided by Ms. Bryant.  She

12    was the head of logistic, and she would prepare

13    WorkBaltimore budget.  I get the budget from her.  And

14    the revenues, the -- the contributions raised by

15    several chief, they will be coming to us in the

16    deposit, and we will do the disbursement based on the

17    payment approved by Ms. Bryant.

18         Q.    Okay.  All right.  We're going to come back

19    to that.  Give me one second here.  Okay.  So my

20    understanding is that in terms of the money that was

21    used to fund WorkBaltimore, there were three available
```

Deposition of Rajan Gouha       Latonya Bryant vs. Mayor & City Council of Baltimore

Case 1:21-cv-00545-MMJM     Document 75-8     Filed 13/05/22     Page 13 of 27

1  pots, if you will, of money.  There was the general

2  fund, the Baltimore City Foundation, which was made up

3  mostly or entirely of donations, and the innovation

4  fund.  Is that correct?

5       A.   No.  Let me make a correction.  It would be

6  -- the foundation, the contribution.  City could not

7  act as the fiduciary, so we had to bring foundation so

8  that we can use them to deposit the funds and -- and do

9  the disbursement.  Then we had the innovation fund.

10 And the third one was general fund.  So a general fund,

11 innovation fund, and WorkBaltimore fund through

12 foundation.

13      Q.   Okay.  And the name of the foundation was

14 the -- I think it was Baltimore City Foundation Inc.

15 Is that correct?

16      A.   That's correct.

17      Q.   Okay.  And did the Baltimore City Foundation

18 Inc. have leadership folks?

19      A.   They have executive director.

20      Q.   Do you know who that was?

21      A.   I don't remember.  But --

Deposition of Rajesh Gulhar                    La Tonya Bryant vs. Mayor & City Council of Baltimore

Case 1:21-cv-00545-MMJM    Document 75-8    Filed 12/05/22    Page 14 of 27

1        Q.    Okay.

2        **A.    Yeah.**

3        Q.    And in terms of which -- which expenditures

4    were paid out of which fund once -- once the

5    expenditure had been authorized in terms of which

6    expenditure came out of which fund, that was -- that

7    was your decision to make.  Correct?

8        **A.    No, it was not my decision.  My decision was**

9    **-- I was very insignificant.  The decision was**

10   **Ms. Bryant.  She was giving me the budget.  She would**

11   **authorize it.  We would not pay the invoice until she**

12   **would sign it.**

13       Q.    Okay.  But once she signs the invoice --

14       **A.    Then it goes to Kirit and Jovia, they will**

15   **make the payment -- they will process the payment, and**

16   **the payment will go back to the right hand of**

17   **Ms. Bryant, Julie Colucci, she -- and -- and Katrina.**

18   **They were two girls that were entering the payments.**

19   **They would process in the accounting system.**

20       Q.    Okay.  But who was -- I understand that the

21   expenses were -- the payment of the expenses was

1   authorized, but who was deciding whether the money was

2   coming out of the general fund, the Baltimore City

3   Foundation, or the innovation fund?

4   **A.    This all was coming from Ms. Bryant.   She --**

5   **she would get the weekly report from me -- actually,**

6   **the entire steering committee, all the -- you know, ten**

7   **chief sitting there, they will get the report, and it**

8   **will show the balances.   And then, there will be**

9   **discussion, you know, what would be spent.   You know,**

10   **how much money is coming in the pipeline.   So -- so**

11   **this was collective efforts.   It was not my -- my**

12   **decision.**

13   Q.    Okay.   So the weekly report, who was

14   generating that?

15   **A.    That was generated by Kirit Shah.**

16   Q.    And then, in terms of in that preliminary

17   report, how was it decided whether the payments were

18   going to come out of the general fund, the Baltimore

19   City Foundation, or the innovation fund?

20   **A.    The directives come from Ms. Bryant.**

21   Q.    And I'm -- okay.   How -- if -- if Ms. -- if

1    Mr. Shah is preparing the reports, how is Ms. Bryant

2    directing him where to put the information in the

3    reports?

4         A.    Because when he is processing the paperwork,

5    he will call her or he will go there, invoice, and get

6    the directive from her, you know, which fund we are

7    using to spend.

8         Q.    Okay.  And what was your role as chair in

9    terms of deciding which fund was using -- was being

10   used to pay an expenditure?

11        A.    My role was just to provide the reports and

12   then attend each and every meeting, work with my staff,

13   and deliver what the steering committee wants.  But I

14   was not personally handling any invoices.  Because as I

15   said, my head and my body was -- at that time, I was

16   involved so much, I begged everyone, you know, release

17   me so that I can focus -- my staff dedicated -- I

18   attended every meeting they ask me.  I was physically

19   there, but mentally may not be there.  But physically,

20   I attended every meeting.

21        Q.    Okay.  How many steering committee meetings

1      Q.    Okay.  Were minutes generated from the

2   steering committee meetings?

3      **A.    Yes.  They were generated by the project**

4   **manager.  I believe Che Evans, she -- she maintained**

5   **the minutes.**

6      Q.    How do you spell the first name?

7      **A.    E-V-A-N-S is the last name.  The first name**

8   **is C-H-E.  So first name is C-H-E, last name is**

9   **E-V-A-N-S.**

10     Q.    Okay.  And with regard to the steering

11  committee meetings that you attended, was Ms. Bryant

12  also present?

13     **A.    Yes.  Every meeting, she was there.**

14  **Director Talley was there or not, but La'Tonya -- I**

15  **mean, Ms. La'Tonya Bryant, she -- she was too much**

16  **involved in it.  She worked every day late.  She was**

17  **there every meeting.  You know, I feel sorry for her.**

18  **I mean, there were many, many nights she was working**

19  **late.**

20     Q.    Okay.  Did you talk to her about the extra

21  work and working late?

Deposition of Rajesh Gulhar — Latonya Bryant vs. Mayor & City Council of Baltimore

Case 1:21-cv-00545-MMJM    Document 75-8    Filed 13/05/22    Page 18 of 27

1      A.    No.   You know, I will ask her, you know, to

2   take a rest some time, because I mean, what else you

3   can -- I know -- I'm not -- I know why she's working

4   late, so it doesn't make any sense for me to ask her.

5   But when I go there -- I myself, work.  If I go there

6   on the floor 6:00, 7:00, 8:00, she is still working.

7   Stop -- actually, you know, the entire department work

8   late.  That's the -- you know, I don't know what

9   Baltimore, what did we -- the City gain out of it, but

10  I think we were the loser.  We spent so much time and

11  energy for -- to get, you know, gainful employment.  I

12  don't know.  I -- I just -- you know.  Forgive me, you

13  know, pardon me.  With my -- I was not hired for

14  Workday [sic].  That was not a good initiative for DHR.

15      Q.    You said Workday again, you meant

16  WorkBaltimore?

17      A.    Oh, WorkBaltimore.  Sorry.

18      Q.    Okay.  Do you know if Mr. Herbert attended

19  any steering committee meetings?

20      A.    No, he did not.  He was working for the

21  labor commissioner office that time.

1    her title.

2    **A.    No, I don't remember her.  I'm sorry.**

3    Q.    Give me one second.  I might have it.  In

4    the document that I have, she's listed as a program

5    compliance officer one.

6    **A.    Oh, so she must have been policy.  Policy**

7    **and compliance.  That was -- it was under Mr. Jason.**

8    Q.    Okay.

9    **A.    He was the policy chief.**

10    Q.    Okay.  So you didn't deal with her.  Did you

11    work with Robin Donaldson?

12    **A.    I'm sure I did.**

13    Q.    Okay.  Did you know that she was fired in

14    September of 2019?

15    **A.    I don't know.**

16    Q.    Okay.  Do you know anything about the

17    circumstances surrounding the end of her employment?

18    **A.    No.**

19    Q.    Okay.  Have you -- have you personally taken

20    a period of medical-related leave during your

21    employment with the City?

```
 1         A.    With the City?

 2         Q.    Yes.

 3         A.    No, I'm blessed so far.  I don't have any

 4    hospital admission.  I don't have any surgery.  I -- I

 5    might have taken appointments here and there, yeah.

 6    The first three years, I didn't even go to the doctor's

 7    because there was no need for it.  Then I started going

 8    for physical.  So maybe three or four appointment.  My

 9    -- you know, I'm -- I'm getting older now, so I go for

10    my physical, I get my exams done, which I'm required to

11    get it done, the preventative care.

12              Sometimes I become a victim of allergy, and

13    I might get a prescription.  Other than that, very few

14    visits.  Not -- I have not taken -- I don't recall

15    taking more than a day off at the given time.

16         Q.    Okay.  With respect to Ms. Talley, tell me

17    what you know, either by hearing it from her directly

18    or from others about her having an issue with workers

19    taking leave from work.

20         A.    Taking leave from work, what does it mean?

21         Q.    Missing work, whether it's, you know, due to
```

1    reference to today's walk through is referring to.

2        A.    This is a -- the estimate so -- so income

3    versus revenue.  I mean, expenditure.  It's a

4    projection working on the -- the -- these are the

5    projections for the convention.  What will be the

6    projected income and revenues, contribution, and what

7    will be the expenditures.

8        Q.    Well, did you attend a walk through on

9    April 3rd of 2017, of some place?

10       A.    I don't remember it.

11       Q.    Okay.  Now, you talked a little bit about

12   not knowing the source of the attached document, but

13   there's a reference to -- I think it's -- what is it,

14   $534,100.

15            Do you know where that figure came from?

16       A.    My accountant might have generated the -- he

17   was generating all these Excel spreadsheet.  Yeah.  So

18   that's the only -- only place I can see it.

19       Q.    Okay.  And which one of the two are you

20   referring to?  Which one of the two accountants?

21       A.    He -- he -- he was doing the weekly report.

Case 1:21-cv-00545-MMJM    Document 75-8    Filed 13/05/22    Page 22 of 27

1    How much money came --

2         Q.   Mr. Shah?

3         **A.   Mr. Shah.  He would show how much money came**

4    **in and how much got spent every week.  We would submit**

5    **it to the steering committee.**

6         Q.   Okay.  All right.  I'm going to move on to

7    another exhibit.  And I'll look at Exhibit M.

8              (Deposition Exhibit M was marked for

9    purposes of identification.)

10   BY MR. LEBOWITZ:

11        Q.   Take a look this document.  I'll have some

12   questions for you.  Eight pages.

13        **A.   Okay.**

14        Q.   So these were produced to me in this

15   sequence, and I'm honestly not sure if they go

16   together.  I think they do, but -- so -- so my first

17   question is:  Do you know what relationship there is

18   between the first six pages and the last two of this

19   exhibit?

20        **A.   First two pages of last six pages?**

21        Q.   So there's a six-page document and then a

1    two-page document.  Eight pages total.

2         A.    So I'm looking at the six page.  Right?

3         Q.    That's the last page.  That's the seventh

4    page.  These are the last two.

5         A.    Okay.  So these are the last two.

6         Q.    Let me ask it this way:  Do you know -- have

7    you seen these documents before?

8         A.    There was hundreds of documents,

9    Mr. Lebowitz, you know, everybody was involved with it.

10   In addition to my team, all other teams, they were

11   working with a spreadsheet.  There were making changes,

12   sending it to us, bring it to the steering committee.

13   The numbers were changing every day.  I -- I -- I don't

14   know if it helps you because numbers not got matured at

15   any time, they were changing every day.  So -- what's

16   your question?  What do exactly you want to know?

17        Q.    Well, I asked you first, have you seen it

18   before.  You said --

19        A.    I'm sure I've seen it, you know, because I

20   was acting member of the department.  These numbers

21   were -- spreadsheets must be coming -- I don't remember

1    WorkBaltimore, yes, I might have business with him, but

2    -- I -- I don't know.  I mean, I did provide him

3    WorkBaltimore information to Director Herbert, but I

4    don't recall specific discussion.

5         Q.    When you say you provided him WorkBaltimore

6    information, when did you do that?

7         A.    I think you showed me one of the e-mail.

8    Mr. Herbert was copied on that e-mail.

9         Q.    Okay.  But that was, I believe, January

10   2019.  Did you -- and he was copied on -- yes, he was

11   copied on that e-mail.

12         Did you send him WorkBaltimore documentation

13   at any other time?

14         A.    I might have done it, but I don't remember

15   it when I'm not looking through my e-mails.

16         Q.    Okay.  So before this date, though,

17   November 9, 2018, did you talk to Mr. Herbert about

18   Ms. Bryant's, you know, then upcoming termination?

19         A.    No.  I did not have any information about

20   termination.  No.

21         Q.    Okay.  Did you -- prior to November 9, 2018,

Deposition of Rajeesh Gulhar

Case 1:21-cv-00545-MMJM    Document 75-8    Filed 12/05/22    Page 25 of 27

La'Tonya Bryant vs. Mayor & City Council of Baltimore

 1    know.  And she told me in front of all the chiefs that

 2    I don't have much interest in WorkBaltimore.  And I

 3    explained the reason.  I don't -- I didn't have the

 4    time, you know.  My heart has been with my benefit

 5    programs.

 6              Is not something I had any expertise, to do

 7    the convention.  I didn't have any -- any idea.  I

 8    never did it.  So I remained respectful and did

 9    whatever I was asked to do, whether I liked it or

10    didn't like it, did not matter to me, but I did it.  I

11    attend all the meetings, even though -- you know, I

12    just said it all, physically I was there, my mind was

13    working with my own projects.

14              So when -- you know, when you are -- if you

15    put yourself in that shoes, you will realize that half

16    of the things you will not even remember, you know.

17    Because when you have a disinterest in something -- I

18    mean, I have respect for Director Talley, but this was

19    not my passion.  This not something do it.  This is not

20    what I was hired for it.  I was hired because there

21    were multiple issue with the benefits program, and I

1  won -- you know, I became the architect and designed my

2  health plan.  There -- you know, I worked -- I put a

3  lot of energy -- WorkBaltimore -- I keep on saying I

4  don't remember much.  It's not something I don't want

5  to answer your question, I don't remember it.

6      Q.  How did it come to be that you were named

7  chair of the finance committee for WorkBaltimore?

8      **A.  Because I was asked to do it.**

9      Q.  Who asked you to do it?

10      **A.  Yes.**

11      Q.  Who asked you to do it?

12      **A.  Oh, Director Talley and Ms. Bryant.**

13      Q.  Okay.  And did they discuss with you why

14  they wanted you to do it?

15      **A.  Because somebody -- because they created ten**

16  **committees and all -- there were directors where each**

17  **chief has to chair the committee, no -- no discussion,**

18  **no choice.  Nobody was given any choice.**

19      Q.  Did they -- did they discuss with you the

20  fact that it made sense because you had two accountants

21  working under you?

1    A.    Yeah, that -- that was one of the reason.

2    The other thing is my core function is finance.  I deal

3    with money.  That's what I spend.  You know, when you

4    are handling -- you know, I was handed over 400 million

5    dollar program.  It's all money.  That's what they --

6    they thought my stand in number, and I am good in

7    number when it comes to my program.  I memorize the

8    thing, and I just -- I enjoy it.  And they -- they both

9    saw me, that I enjoy numbers, and they gave me the

10   finance committee and I welcomed it, because I told

11   them, you know, I'm going to have Mr. Shah and Jovia,

12   you know, they're going to be -- you know -- and they

13   said fine, you know, we are good with that.  And that's

14   why I allowed Mr. Shah and Jovia and Rosa to work

15   directly with Ms. Bryant.  I did not have an issue with

16   them.

17            So half of the time, I would not even know

18   they are sitting with Ms. Bryant.  And you -- I mean,

19   this is -- this is the way the partnership was, and I

20   was comfortable with it because it helped me.  I was

21   able to do focus what I was supposed to do.  So I will

Office (410) 821-4888
CRC Salomon, Inc.
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com
Facsimile (410) 821-4889
Page: 130